# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GORDON C. REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1416-M |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 12, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action in which plaintiff seeks monetary relief against the United States for injuries he allegedly sustained during an assault by another prisoner. The Magistrate Judge recommended that defendant's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(1) be granted and that this action be dismissed, without prejudice, for lack of subject matter jurisdiction. The parties were advised of their right to object to the Report and Recommendation by March 26, 2014. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 49] issued by the Magistrate Judge on March 12, 2014;

(2) GRANTS defendant's motion to dismiss this action pursuant to Rule 12(b)(1) [docket no. 19], and

(3) DISMISSES this action, without prejudice, for lack of subject matter jurisdiction.

**IT IS SO ORDERED this 31st day of March, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE