IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GORDON C. REID, )
 )
      Plaintiff, )
 )
vs. ) Case No. CIV-12-1416-M
 )
UNITED STATES OF AMERICA, )
 )
      Defendant. )

**ORDER**

On February 27, 2017, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to the Federal Tort Claims Act. The Magistrate Judge recommended that this action be dismissed with prejudice for lack of subject matter jurisdiction. The parties were advised of their right to object to the Report and Recommendation by March 13, 2017. Plaintiff has filed his objection to the Report and Recommendation.

Having carefully reviewed this matter de novo,[1] the Court:

(1) ADOPTS the Report and Recommendation [docket no. 116] issued by the Magistrate Judge on February 27, 2017, and

(2) DISMISSES this action with prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED this 28th day of March, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] The Court would note that it has reviewed all filings related to defendant's motion to dismiss, including plaintiff's opposition to defendant's motion to dismiss and plaintiff's affidavit that were filed after the Report and Recommendation was filed.